# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131932

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ELIZABETH TURNER, Personal
Representative of the Estate of
Victor Bryant, Deceased,
          Plaintiff-Appellant,

v

LEE RICHARDS,
          Defendant,

and

CITY OF GARDEN CITY,
          Defendant-Appellee.

SC: 131932
COA: 266610
Wayne CC: 04-404970-NI

_____/

      On order of the Court, the application for leave to appeal the July 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

l0220